IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02561–EWN–BNB

RICHARD W. WELPTON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF TRANSPORTATION,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the court on the "Stipulated Motion to Dismiss" filed June 29, 2006. The court having read the Motion filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

    DATED 30th day of June, 2006.

                            BY THE COURT:

                            s/ Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            United States District Judge